United States District Court
Southern District of Iowa

Date:
In Session at:
Recessed at:

CLERK'S COURT MINUTES- SENTENCING

Presiding: Honorable
Attorney(s) for Government:
Attorney(s) for Defendant:

| | | |
|---|---|---|
| Criminal Number: | : | Court Reporter: |
| UNITED STATES OF AMERICA, | : | Interpreter: |
| vs. | : | Indictment    Information in    Ct(s) |
| | : | Code Violation/Offense: |
| | : | |
| | : | |
| | : | |

..................................................................................................................................................
Defendant appeared on                    and pled guilty to Ct(s)                    and reaffirms plea.  Jury verdict of guilty to Ct(s)                    returned on                    .
..................................................................................................................................................

Minutes:




Court adopts findings of PSIR              as revised

Judgment:




ORDERED, Restitution:
ORDERED, Crime Victims Fund Assessment:                              Fine:
ORDERED, Count(s) Dismissed:                    Gov. motion        Deft. motion
ORDERED, Commitment withheld until                    at                    .
BOND previously set:                    Bond continued        Deft. committed


                                                            Deputy Clerk